1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11
12
13

MICHAEL DELEON

              Plaintiffs,

v.

14
15

CITY OF LOS ANGELES, LOS ANGELES DETECTIVE JOSE MARTINEZ, AND DOES 1-50,

16
17

              Defendants.

CASE NO.: CV22-06315 AB MAR
*Hon. André Birotte Jr., Ctrm 7B*
*Mag. Margo A. Rocconi, Ctrm 790, 7th Fl.*

**JUDGMENT ON DEFENDANTS' CITY OF LOS ANGELES AND JOSE MARTINEZ'S, MOTIONS FOR SUMMARY JUDGMENT**

**[FRCP 56]**

18

19
20
21
22
23
24
25

      Defendants CITY OF LOS ANGELES' and JOSE MARTINEZ'S ("Defendants") motions for summary judgment were heard on August 18, 2023, and April 12, 2024, respectively, by the Honorable André Birotte Jr. in Courtroom 7B of the First Street Courthouse for the Central District of California. Deputy City Attorneys Colleen R. Smith and Sasha Lazarevich represented Defendants City of Los Angeles and Jose Martinez at the hearing on their motions. Stanley Goff represented Plaintiff Michael Deleon at both hearings.

26
27
28

      After considering the moving, opposition, and reply papers, supplemental papers and all admissible evidence and other matters presented to the Court, the Court GRANTED each DEFENDANTS' Motion for Summary Judgment in their entirety.

1    The rationale for the Court's decisions are set forth in the Court's Orders dated

2  September 7, 2023, and May 7, 2024 (Docket Nos. 63 and 105).

3    Therefore, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

4  Plaintiff **MICHAEL DELEON** have and recover nothing by reason of each and all his

5  claims as set forth in the operative complaint against Defendants **CITY OF LOS**

6  **ANGELES** and **JOSE MARTINEZ**; and that Defendants shall recover their costs in

7  accordance with Local Rule 54.

8    *JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS CITY*

9  *OF LOS ANGELES AND JOSE MARTINEZ AS DESCRIBED HEREIN.*

10

11  **IT IS SO ORDERED.**

12

13  **DATED: May 30, 2024**      _____

14                **HONORABLE ANDRÉ BIROTTE JR.**

15                **UNITED STATES DISTRICT JUDGE**

16

17

18

19

20

21

22

23

24

25

26

27

28

2